# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-cv-02070-MSK-GPG

FRANCISCO SUAREZ, on behalf of himself an all others similarly situated,

        PLAINTIFF,

v.

LANDSCAPES BY LANCE, LLC, a Colorado limited liability company,
LANCE ERSKINE, an individual, and
TERESA ERSKINE, an individual.

        DEFENDANTS.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, having fully settled the above-referenced civil action, hereby stipulate and jointly move the Court to enter an Order dismissing this action with prejudice, each party to pay their own costs and attorney fees.

Respectfully submitted this 14th day of September, 2020.

| MILSTEIN LAW OFFICE | BECKMAN LAW FIRM, LLC |
|---|---|
| *s/ Brandt P. Milstein*_____ | s/ *Kate W. Beckman*_____ |
| Brandt P. Milstein, Esq. | Kate W. Beckman, Esq. #42416 |
| 1123 Spruce Street, Suite 200 | 26 W. Dry Creek Circle, Ste. 420 |
| Boulder, CO 80302 | Littleton, Colorado 80210 |
| (p) (303) 440-8780 | (p): (303) 946-0932 |
| (f) (303) 957-5754 | (f): (303) 747-3665 |
| Brandt@milsteinlawoffice.com | kate@beckmanlegal.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** via CM/ECF Filer, and served upon counsel for Plaintiff addressed as follows:

Brandt P. Milstein, Esq.
1123 Spruce Street, Suite 200
Boulder, CO 80302
(p) (303) 440-8780
(f) (303) 957-5754
Brandt@milsteinlawoffice.com
ATTORNEYS FOR PLAINTIFF

BECKMAN LAW FIRM, LLC.

*Original pleading bearing original signature maintained in the offices of Beckman Law Firm, LLC.*

s/ *Kate W. Beckman*
Kate W. Beckman, Esq. #42416
26 West Dry Creek Place, Suite 420
Littleton, Colorado 80120
(p) (303) 946-0932
(f) (303) 747-3665
Kate@beckmanlegal.com
ATTORNEY FOR DEFENDANTS